Argued and submitted January 22, sentences vacated and causes remanded for resentencing April 19, 1982

## STATE OF OREGON,
*Respondent,*

*v.*

## WALTER HIGGINBOTHAM,
*Appellant.*

(Nos. J80-2345 and J81-1596,
CA A22007, A22008)
(Cases Consolidated.)

643 P2d 878

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

William F. Gary, Solicitor General, Salem, argued the cause for appellant. With him on the brief was Dave Frohnmayer, Attorney General, Salem.

Before Buttler, Presiding Judge, and Richardson and Warden, Judges.

PER CURIAM

## PER CURIAM

In this consolidated appeal of two criminal convictions, the state concedes error in that the trial court gave no reason for the sentences which it imposed and failed to give any reason for making the sentences consecutive. *See* ORS 137.120(2); *State v. Biles,* 287 Or 63, 597 P2d 808 (1979). No other error is assigned.

Sentences vacated and causes remanded for resentencing.